**Order entered March 7, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00242-CV

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

No. 05-21-00360-CV

**MOLLY WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

No. 05-21-00373-CV

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50788-2021**

## ORDER

Before the Court is appellant's February 25, 2022 "Motion to Strike

Extension, Request for Court to Submit Appeals on Records and Briefs Before the

Court, and Request for Hearing on Temporary Possession and Access Orders."

We **DENY** the motion.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE